TOWN OF LOURISTON v. BOARD OF COUNTY COMMISSIONERS OF CHIPPEWA COUNTY.[1]

February 27, 1903.

Nos. 13,345—(264).

**Contagious Disease—Liability of County.**

Under the provisions of G. S. 1894, § 7059, the county is liable to the township for necessary expenses incurred for medical treatment, care, and in maintaining quarantine of a resident family sick with a contagious disease.

Appeal by plaintiff from an order of the district court for Chippewa county, Qvale, J., sustaining a general demurrer to the complaint. Reversed.

*Fosnes & Schulz,* for appellant.

*Oluf Gjerset,* for respondent.

[1] Reported in 93 N. W. 1053.

LEWIS, J.

This action was commenced for the purpose of recovering the expense connected with the quarantine and care of the Cherry family, and, the trial court having sustained a demurrer to the complaint, an appeal was taken from such order.

The facts are stated in the opinion in the case of Town of Louriston v. Board of Co. Commrs. of Swift Co., supra, page 91, and the decision in that case necessarily determined the decision in this, and, for the reasons set forth in that opinion, respondent county is liable.

Order reversed.